UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID M. THIMMES, | ) | Case No. CV 10-3638-VBF (OP) |
| | ) | |
| Petitioner, | ) | A M E N D E D |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| JOHN MARSHALL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   03-22-11

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge